**Order entered August 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01130-CR

**JUSTIN WAYNE WARREN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F17-50870-I**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 30, 2018 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Justin Wayne Warren, TDCJ No. 02164390, Allred Unit, 2101 FM 369 North, Iowa Park, Texas, 76367.

/s/ DAVID EVANS
JUSTICE